# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRANSGENOMIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV079 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| POWER3 MEDICAL PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court upon the unopposed Motion of the plaintiff (Filing No. 17) to permit plaintiff to file the redacted Complaint attached to its Motion and to seal the Complaint and exhibits previously filed with the Court and currently protected as "Restricted." The Court finds that such relief should be granted.

**IT IS THEREFORE ORDERED** that the plaintiff shall file its redacted Complaint and exhibits within **five (5) days** of the date of this Order and upon such filing the original Complaint and exhibits currently designated as "Restricted" shall be designated as "Sealed."

DATED this 29th day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge