IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRANSGENOMIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV79 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| POWER3 MEDICAL PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Seal (Filing No. 31) pursuant to Neb.R.Civ.P. 7.5. The defendant moves to seal the brief (Filing No. 32) in support of its Partial Motion to Dismiss Fraud Claim because the brief contains references to the sealed Complaint (Filing No. 1). Counsel for the plaintiff does not oppose this motion. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Seal (Filing No. 31) is granted.

2. The court shall designate Filing No. 32 - Brief in Support of Motion to Dismiss Fraud Claim - as sealed.

DATED this 13th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.