IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRANSGENOMIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV079 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| POWER3 MEDICAL PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to extend the date for the filing of the Rule 26(f) report and planning conference (Filing No. 34) and the plaintiff's objection (Filing No. 35). Fully cognizant of the defendant's pending motion to dismiss, the court finds it useful for the parties to meet and confer regarding the progress of the case. The motion to extend will be granted to the extent the parties should meet and confer **on or before May 10, 2010**, and submit a report to the court. Following the meeting, the parties may proceed with discovery as provided for in Fed.R.Civ.P. 26(d)(1).

**IT IS SO ORDERED.**

DATED this 21st day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.