# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRANSGENOMIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV79 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| POWER3 MEDICAL PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Mayer Brown LLP's Motion for Leave to Withdraw as Counsel for Defendant Power3 Medical Products, Inc. (Filing No. 66), and Koley Jessen P.C., L.L.O.'s Motion for Leave to Withdraw as Counsel for Defendant Power3 Medical Products, Inc. (Filing No. 70) and Motion to Withdraw Motion for Leave to Withdraw as Counsel (Filing No. 72). Koley Jessen states it no longer seeks to withdraw as counsel for the defendant due to a new fee and representation arrangement whereby Koley Jessen will become lead counsel, rather than local counsel. Further, based on this change, the defendant seeks an extension of sixty to ninety days for the deadline to complete mediation. Upon consideration,

**IT IS ORDERED:**

1. Mayer Brown's Motion for Leave to Withdraw as Counsel for Defendant Power3 Medical Products, Inc. (Filing No. 66) is granted.

2. Koley Jessen P.C., L.L.O.'s Motion to Withdraw Motion for Leave to Withdraw as Counsel (Filing No. 72) is granted.

3. Koley Jessen P.C., L.L.O.'s Motion for Leave to Withdraw as Counsel for Defendant Power3 Medical Products, Inc. (Filing No. 70) is withdrawn.

4. The Mediation Reference Order (Filing No. 65) is hereby amended to extend the deadline for the plaintiff to file a report about the status of mediation and whether the case has been settled until **May 11, 2011**.

DATED this 21st day of January, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge