# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRANSGENOMIC, INC., | ) | |
| Plaintiff, | ) | 8:10CV79 |
| vs. | ) | ORDER |
| POWER3 MEDICAL PRODUCTS, INC., | ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel on May 16, 2011. The plaintiff was represented by Robert M. Schartz and the defendant was represented by Gregory C. Scaglione. The parties reported a mediation session was canceled by the defendant. Accordingly,

**IT IS ORDERED:**

1. The mediation stay previously imposed by the court (Filing No. 65) is dissolved.

2. The defendant shall file an answer to the plaintiff's complaint on or before **May 31, 2011**.

3. The parties shall meet, confer, and file an Amended Rule 26(f) Report on or before **June 6, 2011**. Please use the revised "Form 35 (Rule 26(f)) Report" posted on the court's website, www.ned.uscourts.gov/forms.

DATED this 16th day of May, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge