# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRANSGENOMIC, INC., | ) | |
| Plaintiff, | ) | 8:10CV79 |
| v. | ) | ORDER |
| POWER3 MEDICAL PRODUCTS, INC., | ) | |
| Defendant. | ) | |

This matter is before the court on the notice of settlement filed by the case mediator. **See** Filing No. 87. In the notice, "The mediator requests that all deadlines be suspended for 30 days to ensure that the settlement can be finalized." Under the circumstances described by the mediator,

**IT IS ORDERED:**

1. The case shall be stayed until further order of this court.

2. Counsel shall file a joint status report concerning the status of this case on **August 25, 2011**, such report to include counsel's position(s) concerning whether the stay should continue in effect or whether the stay should be lifted.

Dated this 25th day of July, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge