IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRANSGENOMIC, INC. a Delaware corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>POWER3 MEDICAL PRODUCTS, INC., a New York corporation,<br><br>              Defendant. | 8:10CV79<br><br>ORDER |

     IT IS ORDERED that a hearing on the parties' Joint Motion to Approve Proposed Settlement, Filing No. 90, is scheduled before the undersigned on **August 31, 2011, at 11:00 a.m., Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.** The parties may appear in person or by telephone. If appearing telephonically, counsel must notify chambers (402/661-7302) within an hour of the hearing of their desire to do so.

     DATED this 30th day of August, 2011.

                                                              BY THE COURT:

                                                              s/ Joseph F. Bataillon
                                                              Chief United States District Judge