# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRANSGENOMIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER3 MEDICAL PRODUCTS, INC., <br><br> Defendant. | Case No. 8:10-CV-00079 <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, being fully advised on the premises, finds that the Stipulation to Dismiss with Prejudice submitted by Plaintiff Transgenomic, Inc. and Defendant Power3 Medical Products, Inc. (Doc. No. 94), is true and correct in all respects and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that said Stipulation is granted, and that Plaintiff's claims against Defendant are hereby dismissed with prejudice, and Defendant's claims against Plaintiff are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

Dated this 12th day of October, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge

PREPARED AND SUBMITTED BY:
Gregory C. Scaglione #17588
Kristin M.V. Farwell, #23919
KOLEY JESSEN P.C., L.L.O.
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE  68124-1079
(402) 390-9500
(402) 390-9005 (facsimile)
Greg.Scaglione@koleyjessen.com
Kristin.Farwell@koleyjessen.com

Attorneys for Defendant.


APPROVED AS TO FORM AND CONTENT:
Harvey B. Cooper
Robert M. Schartz
Abrahams Kaslow & Cassman LLP
8712 West Dodge Road, Suite 300
Omaha, NE 68114
(402)  392-1250
(402)  392-0816 (facsimile)
hcooper@akclaw.com
rschartz@akclaw.com

Attorneys for Plaintiff.



601827.1